UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:
v. : Docket No.: 3:16CR332
:
JAMES PECK, :
:
Defendant. :

INDICTMENT
Count 1 - Conspiracy
(21 U.S.C. § 846)

FILED
SCRANTON
NOV 15 2016
PER _____
DEPUTY CLERK

THE GRAND JURY CHARGES:

From on or about the 1st day of January, 2015, the exact date being unknown to the grand jury, to on or about June 30, 2016, in the Middle District of Pennsylvania, and elsewhere, the defendant,

JAMES PECK,

did knowingly, intentionally and unlawfully combine, conspire, confederate and agree together with other persons, both known and unknown to the grand jury, to commit the following offenses against the United States: namely, to knowingly, intentionally and unlawfully distribute and possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a

Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, § 846.

A TRUE BILL

BRUCE D. BRANDLER
UNITED STATES ATTORNEY

*/s/ William C. Houser*
BY: William S. Houser
Assistant United States Attorney

Dated: 11-15-16